UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David Eugene Ricketts and Scott Skibo, | Case No. 21-cv-01841 (PJS/JFD) |
| Plaintiffs, | |
| v. | **ORDER** |
| Jessica Feda; Mitchell Kerfeld, MD; Nurse Nygene; S. Bolt; Ms. Slegh; Captain Wadis; and Warden Kallis, | |
| Defendants. | |

This matter is before the Court on Plaintiff David Eugene Ricketts' request for additional time to pay his initial partial filing fee in this action. Mr. Ricketts requests this extension because the United States Penitentiary, Allenwood ("USP Allenwood"), in Allenwood, Pennsylvania, where Mr. Ricketts is currently detained, "is locked down due to violent behavior and no money can be sent until [the] lock down ends." (Ricketts Letter at 1, Dkt. No. 9.) Given the good cause for Mr. Ricketts' delay, the Court grants this request.

On or before November 12, 2021, the Court orders Mr. Ricketts to either pay the initial partial filing fee of at least $263.02, or to notify the Court that the lockdown conditions preventing Mr. Ricketts' payment of fees have not yet been lifted. If Mr. Ricketts takes neither of these actions, the undersigned will recommend that he be

1

dismissed without prejudice from this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated: October 22, 2021                     *s/ John F. Docherty*
                                            John F. Docherty
                                            United States Magistrate Judge