UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Eugene Ricketts and Scott Skibo,

Plaintiffs,

v.

Jessica Feda; Mitchell Kerfeld, MD;
Nurse Nygene; S. Bolt; Ms. Slegh;
Captain Wadis; and Warden Kallis,

Defendants.

Case No. 21-cv-01841 (PJS/JFD)

**ORDER ON REPORT AND
RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and Recommendation of the Unites States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 11) is **ADOPTED**; and

2. Plaintiff Scott Skibo is **DISMISSED WITHOUT PREJUDICE** from this action for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 23, 2021

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge