UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Eugene Ricketts, | Case No. 21-cv-01841 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Jessica Feda; Mitchell Kerfeld, MD; Nurse Nygene; S. Bolt; Ms. Slegh; Captain Wadis; and Warden Kallis, | |
| Defendants. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the Unites States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 13) is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and

3. The pending applications to proceed *in forma pauperis* (ECF Nos. 2, 5) are **DENIED AS MOOT** in light of this dismissal.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2022               s/Patrick J. Schiltz

                                     Patrick J. Schiltz
                                     United States District Judge